# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOMO K. HILL, <br><br> Defendant. | Case No. 18-CR-101-JPS <br><br> **ORDER** |

On May 8, 2018, the grand jury returned a two-count indictment against Defendant. (Docket #7). The government charged Defendant with robbing a cell phone store, in violation of 18 U.S.C. § 1951(a), and brandishing a firearm during that crime, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). *Id.* On June 26, 2018, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to both of those charges. (Docket #31 at 2).

The parties appeared before Magistrate Judge David E. Jones on July 10, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #35). Defendant entered a plea of guilty as to Counts One and Two. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #35 and #36).

On July 13, 2018, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (Docket #36). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

Both parties have filed notices with the Court that they do not object to Magistrate Jones' recommendation. (Docket #39 and #40). The Court has considered Magistrate Jones' recommendation and, in light of the parties' agreement thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #36) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 27th day of July, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge